FILED
MAR 0 1 2005
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR04-50110 |
| Plaintiff, | GOVERNMENT'S MOTION FOR ORDER REMITTING CHILD SUPPORT ARREARAGE PAYMENT |
| vs. | |
| NATHAN CHASING HORSE, a/k/a NATHAN CHASING HIS HORSE, | |
| Defendant. | |

---

Comes now the United States of America, by and through Assistant United States Attorney Jonathan A. Kobes, and respectfully moves the Court for its order directing the Clerk to remit to the Office of Child Support Enforcement the amount of $14,192.82, which amount defendant Nathan Chasing Horse, a/k/a Nathan Chasing His Horse, paid to the United States Clerk of Court on Monday, February 7, 2005, as a payment toward defendant Nathan Chasing Horse, a/k/a Nathan Chasing His Horse's outstanding child support arrearage. The United States also requests that all subsequent payments to the United States District Clerk of Court made in this matter may be remitted from the register of the Court to the Office of Child Support Enforcement.

The government respectfully requests that the Court grant this motion and order that the appropriate sum be remitted to the Office of Child Support enforcement as well as all future payments made in this matter. Counsel for the defendant, Dedrich Ross Koch, has no objection to this motion.

Dated this _____ day of March, 2005.

>MICHELLE G. TAPKEN
>Acting United States Attorney
>By:
>
>_____
>JONATHAN A. KOBES
>Assistant U.S. Attorney
>201 Federal Bldg., 515 Ninth Street
>Rapid City, SD  57701
>(605)342-7822

## CERTIFICATE OF SERVICE

I, Jonathan A. Kobes, hereby certify that I served a true and correct copy of the above and foregoing Government's Motion for Order Remitting Child Support Arrearage Payment on Dedrich Ross Koch, Attorney at Law, 3820 Jackson Boulevard, Rapid City, South Dakota 57702, by first class mail, postage prepaid, this 1st day of March, 2005.

>_____
>Jonathan A. Kobes