FILED

MAR 30 2005

_____
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR04-50110 |
| Plaintiff, | STATEMENT OF FACTUAL BASIS |
| vs. | |
| NATHAN CHASING HORSE, a/k/a NATHAN CHASING HIS HORSE, | |
| Defendant. | |

------------------------------------------------

The parties to this action agree that the following facts are accurate and establish a factual basis pursuant to Fed. R. Crim. P. 11(b)(3) for the defendant's plea of guilty to the charge of Failure to Pay Legal Child Support Obligations, as contained in the Superseding Information in this action:

From on or about February 3, 2003, and continuing through the present, the defendant, Nathan Chasing Horses, a/k/a Nathan Chasing His Horses, who had the ability to pay child support, willfully and unlawfully failed to pay a past due child support obligation as ordered by the Seventh Judicial Court, Pennington County, South Dakota. The obligation is in an amount greater than $10,000. The minor child is a resident of South Dakota; the defendant resides in another state.

JAMES E. McMAHON
UNITED STATES ATTORNEY

3/30/05
Date

*Carolyn Y. Koxxx for*
JONATHAN A. KOBES
Assistant United States Attorney

3/23/05
Date

_____
NATHAN CHASING HORSE, a/k/a
NATHAN CHASING HIS HORSE
Defendant

3/28/05
Date

_____
DEDRICH ROSS KOCH
Attorney for Defendant