UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

FILED
MAR 3 1 2005
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-50110-01 |
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | Failure to Pay Legal Child support Obligations |
| NATHAN CHASING HORSE, a/k/a NATHAN CHASING HIS HORSE, | (18 U.S.C. §§ 228(a)(1) and (c)(1)) |
| Defendant. | |

The Assistant United States Attorney charges and informs the Court:

From on or about February 3, 2003, and continuing to the present, in Pennington County, in the District of South Dakota, and elsewhere, the defendant, Nathan Chasing Horse, a/k/a Nathan Chasing His Horse, while residing in a different state with respect to his minor child, who resides in South Dakota, willfully and unlawfully failed to pay a past due child support obligation, as ordered by the Seventh Judicial Court, Pennington County, South Dakota, and which obligation is in an amount greater than $5,000, in violation of 18 U.S.C. §§ 228(a)(1) and (c)(1).

*Carolyn Hoyl*
Assistant United States Attorney