**FILED**

APR 0 4 2005


CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

_____

UNITED STATES OF AMERICA,     CR 04-50110

             Plaintiff,

vs.                            WAIVER OF INDICTMENT

NATHAN CHASING HORSE, a/k/a
NATHAN CHASING HIS HORSE,

             Defendant.

_____

    Nathan Chasing Horse, a/k/a Nathan Chasing His Horse, the above named defendant, who is accused of Failure to Pay Legal Child Support Obligations, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                      Defendant

                                      _____
                                      Witness

                                      _____
                                      Counsel for Defendant

Date  4/4/05